MICHAEL K. BRISBIN (SBN: 169495)
Email: Michael.Brisbin@wilsonelser.com
CHARAN M. HIGBEE (SBN: 148293)
Email: Charan.Higbee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP**
525 Market Street, 17th Floor
San Francisco, California  94105-2725
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorney for Plaintiff,
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>ALI DERAKHSHANFAR; A&J INTERNATIONAL GROUP, INC. DBA A&J FINANCIAL INSURANCE SERVICES; MASOUD MALEKZEDEH; BEVERLY HILLS SURGICAL INSTITUTE, LLC, BEVERLY HILLS SURGICAL CENTER, LLC AND DOES 2 THROUGH 10,<br><br>          Defendants. | Case No.:  CV12-00164-SJO (PJWx)<br><br>**JUDGMENT**<br><br>Honorable S. James Otero |

Pursuant to the Court's Orders of May 18, 2014, June 16, 2014, November 18, 2014, [Doc. Nos. 115, 139, 156] and Pursuant to the Stipulation of the Parties to Enter Judgment Against Certain Defendants, filed on January 8, 2015, Judgment is hereby entered in favor of plaintiff American General Life Insurance Company ("AGLIC") and against the following defendants as follows:

   1.   As Against Defendant A&J International Group, Inc. dba A&J

1  Financial Insurance Services in the amount of $$687,100 in actual damages and
2  $200,404.16 in prejudgment interest;

3      2.  As Against Defendants Masoud Malekzadeh (sued herein as "Masoud
4  Malekzedeh"), in the amount of $687,100 in actual damages, $211,589.15 in
5  prejudgment interest and  post judgment interest at 10% from the date the Court
6  enters Judgment to the date the Judgment is paid in full;

7      3.  As Against Beverly Hills Surgical Institute, LLC and Beverly Hills
8  Surgical Center, LLC, in the amount of $687,100 in actual damages, $211,589.15
9  in prejudgment interest and  post judgment interest at 10% from the date the
10 Court enters Judgment to the date the Judgment is paid in full; and

11     4.  Plaintiff American General Life Insurance Company is deemed the
12 prevailing party in this lawsuit as to defendants A&J International Group, Inc.
13 dba A&J Financial Insurance Services, Masoud Malekzadeh, Beverly Hills
14 Surgical Institute, LLC and Beverly Hills Surgical Center, LLC and is allowed
15 costs, subject to proof, pursuant to Federal Rule of Civil Procedure 54.

17 **JUDGMENT IS SO ENTERED.**

18 Dated:  January 12, 2015

19                                       Honorable S. James Otero